JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* KAREN CERICOLA,<br><br>Relator,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOC. a/k/a FANNIE MAE, ENVOY CAPITAL CORP., and ARTHUR ALDRIDGE,<br><br>Defendants. | CASE NO. CV 03-2294-GAF (VBKx)<br><br>**JUDGMENT AGAINST ARTHUR ALDRIDGE AND ENVOY CAPITAL CORPORATION** |



FILED
CLERK, U.S. DISTRICT COURT
APR - 9 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## [PROPOSED] JUDGMENT

Judgment is hereby entered jointly and severally against Arthur Aldridge and Envoy Capital Corporation ("Defendants"). Defendants are ordered to pay damages in the sum of $1,112,467.15, as follows: 70% of the damages award, which is $778,727.00, to the United States, and 30% of the damages award, which is $333,740.15, to the Plaintiff-Relator Karen Cericola. Defendants are further ordered to pay $25,849.34 in attorneys' fees to Plaintiff-Relator. Any partial satisfaction of this judgment shall be divided pro-rata between the United States and Plaintiff-Relator.

Dated: 4/8/10

_____
Judge Gary Allen Feess
United States District Court